UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVEL TIKHOMIROV, on behalf of himself and others similarly situated, | Case No.: 1:25-cv-05691-LJL |
| Plaintiff, | ORDER GRANTING CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION |
| v. | |
| ARAGVI M LLC d/b/a ARAGVI, and MIKHEIL ZAZASHVILI, | |
| Defendants. | |

**WHEREAS,** on September 3, 2025, the parties filed a joint letter requesting that the Court conditionally certify this case as a Collective Action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"). ECF No. 15;

**WHEREAS,** on September 4, 2025, the Court ordered that Plaintiff submit the instant Proposed Order conditionally certifying the case as a Collective Action under the FLSA and submitting the proposed Notices of Pendency to be issued to the members of the collective. ECF No. 16;

**WHEREAS,** Defendants consent to this case being conditionally certified as a Collective Action under the FLSA;

**WHEREAS,** the parties have conferred and Defendants have consented to the Notices of Pendency attached hereto as follows:

    Exhibit A: Proposed Notice of Pendency and Claim Form, to be sent via U.S. First Class mail and via email to the members of the Collective.

    Exhibit B: Proposed Email Notice to be distributed via email.

    Exhibit C: Proposed Text Message Notice to be distributed via text message.

    Exhibit D: Proposed Workplace Notice to be posted at Aragvi.

**NOW, WHEREFORE,** the Court, having considered the parties' request that the case be conditionally certified as a Collective Action, and for good cause shown, hereby **ORDERS** the following:

This Action is hereby conditionally certified as a Collective Action under the FLSA.

The Court further **ORDERS:**

a. Defendants to provide contact information (names, last known home addresses, mobile telephone phone numbers, and email addresses) for the conditionally certified FLSA Collective within **14 days** of this Order.

b. The parties to disseminate all notices (Exs. A through C) to the conditionally certified FLSA Collective within **30 days** of this Order.

c. Defendants to post the Workplace Notice (Ex. D) at Aragvi near a time clock, punch-in/out machine, bulletin board, or other commonly viewed location by the Servers (as agreed to by the parties) within **14 days** of this Order and leave it posted through the close of the opt-in period.

**IT IS SO ORDERED.**

Dated: Sept. 19, 2025

The Honorable Lewis J. Liman