**DANNY GRACE PLLC**

ATTORNEYS AND COUNSELORS AT LAW

Writer's email: douglas@dannygracepc.com
Writer Admitted in: New York; United States District Court, Southern, Eastern and Northern Districts of New York

225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
212.202.2485
718.732-2821 FAX

**VIA ECF**

August 17, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/18/2026

MEMO ENDORSED

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Tikhomirov v. Aragvi M LLC et al (Civ. Case No. 1:25-CV-05691-LJL-KHP)

Dear Judge Parker:

We represent Defendants in the above-referenced action. We write with the consent of Plaintiff to request an adjournment of the settlement conference currently scheduled for August 19, 2026. The reason for the request is that my colleague, Daniel Grace, who will be attending the conference along with me, has suffered the death of an immediate family member and cannot attend. I was only advised of this today. The Parties have conferred and they are available on September 29 or 30, 2026. There has been one previous request for an extension.

Thank you for your consideration of this matter.

Respectfully Submitted,

*Douglas Mace*

Douglas Mace, Esq.
Danny Grace PLLC
*Attorneys for Defendants*

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, August 19, 2026 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Tuesday, September 29, 2026, at 10:00 a.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **September 22, 2026, by 5:00 p.m**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

08/18/2026